UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

LEO                     Plaintiff

    V.                                              CIVIL ACTION

GLODIS ET AL                                        NO. 07-11896-NG

                Defendants

### SETTLEMENT ORDER OF DISMISSAL

GERTNER, D. J.

The Court having been advised on ___4/11/11___ that the above-entitled action has been settled;

IT IS ORDERED that this action is hereby dismissed without costs and without prejudice to the right of any party, upon good cause shown, to reopen the action within sixty (60) days if settlement is not consummated.

By the Court,

___4/11/11___                    /s/Elaine Flaherty
Date                             Deputy Clerk

(Dismissal Settlement.wpd - 12/98)